1  RICHARD G. SOMES, STATE BAR #203957
   rsomes@tysonmendes.com;
2  TYSON & MENDES, LLP
   17885 Von Karman Avenue, Suite 450
3  Irvine, CA  92614
   Telephone: 949.490.4840/Facsimile: 949.267.5261
4
   Attorneys for Defendant, SF MARKETS, LLC
5

6

7             UNITED STATES DISTRICT COURT
8        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
9

10 SHANON DAVIS,                        Case No.  2:19-CV-01814-FMO-JPR
11        Plaintiff,
                                        Trial Date:   11/24/2020
12 v.
                                        Assigned to:
13 SF MARKETS, LLC and DOES 1           Hon. Fernando M. Olguin
   through 10,
14                                      **STIPULATION OF DISMISSAL
          Defendants.                   WITH PREJUDICE**
15

16

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff SHANON DAVIS and defendant SF MARKETS, LLC by and through their respective counsel of record, hereby stipulate to dismiss the above-captioned action, **with prejudice**, pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(A)(ii), with each party to bear its own costs.

DATED: November 17, 2020        TYSON & MENDES LLP

By:
Richard G. Somes, Esq.
Attorneys for Defendant, SF MARKETS, LLC

DATED: 11/16/2020        ASVAR LAW, PC

By:
Christopher A. Asvar, Esq.
Jonathan J. Perez, Esq.
Theresia K. Falter, Esq.
Attorneys for Plaintiff, SHANON DAVIS

STIPULATION OF DISMISSAL WITH PREJUDICE